Eileen Auerbach, Plaintiff-Appellee, v. Herbert Auerbach, Defendant-Appellant.

**Gen. No. 48,497. (Abstract of Decision.)**

First District, Third Division.

May 3, 1962.

Gerald S. Elliott, of Chicago, for appellant; Maragos and Richter, of Chicago (Harold Richter, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE McCORMICK. Not to be published in full.